UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 98-0101 CR-UNGARO-BENAGES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. _____ MAGISTRATE JUDGE TURNOFF |
| v. | ) | |
| MARIA ELENA LLEDO | ) | MOTION TO SEAL |

The United States, by and through the undersigned Assistant United States Attorney, files this motion to seal the information and arrest warrant in the above-captioned matter. In support, the government submits that the defendant in this case is cooperating with the United States in ongoing investigations and that public disclosure of these documents could expose the defendant and federal agents to danger and otherwise compromise the investigations. Accordingly, the United States respectfully requests that the information, arrest warrant, this motion and the order be sealed until further order of the Court.

Respectfully submitted this _10_ day of February, 1998.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 817643
8245 N.W. 53rd Street, Suite 101
Miami, Florida 33166
(305) 597-1973
(305) 597-2020 (fax)

