AO 442 (Rev. 12/85) Warrant for Arrest

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

98-0101 CR - UNGARO - BENAGES

V.

**WARRANT FOR ARREST**

MARIA ELENA LLEDO

CASE NUMBER: MAGISTRATE JUDGE
TURNOFF

TO: The United States Marshal
and any Authorized United States Officer

FILED by _____ D.C.
MAG. SEC.

FEB 1 9 1998

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

YOU ARE HEREBY COMMANDED to arrest  MARIA ELENA LLEDO
                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☒ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense) conspiracy to transport funds out of the United States

in violation of Title __18__ United States Code, Section(s) __1956(g)__

LINNEA JOHNSON
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ __50,000 PSB__

MAGISTRATE JUDGE JOHNSON
United States Magistrate Judge
Title of Issuing Officer

Miami, Florida   2-19-98
Date and Location

by  LINNEA JOHNSON
       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BOND RECOMMENDATION

DEFENDANT  MARIA ELENA LLEDO

$ 50,000.00            (Surety, Recognizance, Corp. Surety, Cash) (Jail)
Personal surety        (On Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s): _____
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (OTHER)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**98-0101-CR-UNGARO BENAGES**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. _____ |
| ) | 18 U.S.C. § 1956(h) |
| Plaintiff, ) | |
| v. ) | **MAGISTRATE JUDGE** |
| ) | **TURNOFF** |
| MARIA ELENA LLEDO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | INFORMATION |

98 FEB 19 AM 11: 22

The United States Attorney charges that:

Beginning at least as early as June 1, 1993, and continuing to on or about July 15, 1993, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendant,

MARIA ELENA LLEDO,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to commit an offense against the United States, that is, to violate Title 18, United States Code, Section 1956(a)(2)(B).

Purpose and Object

It was the purpose and object of this conspiracy to knowingly and intentionally transport, transmit and transfer, and attempt to transport, transmit, and transfer monetary instruments and funds from a place in the United States to and through a place outside the United States, which involved

3/92

proceeds of a specified unlawful activity, that is, the importation or distribution of cocaine, knowing that the transportation was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, and to avoid a transaction reporting requirement under State and Federal law.

## Overt Acts

In furtherance of this conspiracy and to effect the objects thereof, there was committed, by at least one of the coconspirators, at least one of the following overt acts, among others, in the Southern District of Florida and elsewhere:

1. On or about June 1, 1993, MARIA ELENA LLEDO arranged for the construction of eight wooden crates with false bottoms for shipping U.S. currency out of the United States. The crate bottoms were constructed at a residence located at 8490 Dundee Terrace, Miami Lakes, Florida, formerly the residence of MARIA ELENA LLEDO.

2. On or about June 2, 1993, MARIA ELENA LLEDO caused several false crate bottoms to be transported from the Dundee Terrace residence in Miami, Florida to Meteor Air Freight, which was owned in part by MARIA ELENA LLEDO and located at 8369 N.W. 36th Street, Miami, Florida. Five of the crate bottoms subsequently were loaded with $260,000 in narcotics proceeds.

3. Later on June 2, 1993, MARIA ELENA LLEDO gave instructions for $45,000 in narcotics proceeds to be loaded into the three remaining crate bottoms at Meteor Air Freight. Subsequently, the eight crates containing the $305,000 were packed with 150 television sets and shipped to Colombia.

4. On or before July 15, 1993, $650,000 in U.S. currency was delivered to MARIA ELENA LLEDO at her residence at Key Colony, 251 Crandon Boulevard, Apartment 123, Key Biscayne,

Florida, and secreted in various locations at Meteor Air Freight. These funds were proceeds of narcotics trafficking and was to be shipped by MARIA ELENA LLEDO from Miami, Florida to Bogota, Colombia in false-bottomed crates filled with appliances.

All in violation of Title 18, United States Code, Section 1956(h).

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

98-0101CR-UNGARO-BENAGES
MAGISTRATE JUDGE
TURNOFF

v.

CERTIFICATE OF TRIAL ATTORNEY

MARIA ELENA LLEDO

**Related Case Information:**
SUPERSEDING          Yes ___   No XXX
New Defendant(s)     Yes ___   No XXX
Number of New Defendants ___
Total number of counts ___

**Court Division:** (Select One)

x___ Miami   ___ Key West
___ FTL    ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)_____
   List language and/or dialect _____

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      XXX      Petty    ___
   II   6 to 10 days     ___      Minor    ___
   III  11 to 20 days    ___      Misdem.  ___
   IV   21 to 60 days    ___      Felony   xx  ___
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  ___  XXX
   If yes:
   Judge:_____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No)  No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of_____
   Rule 20 from the _____     District of _____

7. This case originated in the U.S. Attorney's office prior to August 16, 1985
   <u>No</u>   _____

*signature*
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 817643

*Penalty Sheet(s) attached

REV.12/12/96
A:\B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-0101 CR-UNGARO-BENAGES

**PENALTY SHEET**                     MAGISTRATE JUDGE
                                       TURNOFF

Defendant's Name: <u>MARIA ELENA LLEDO</u>

---

Count #: I -- Conspiracy to launder monetary instruments
            18 U.S.C. § 1956(h)
*Max. Penalty: Tweny years imprisonment

---

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

98-0101 CR-UNGARO-BENAGES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. _____ MAGISTRATE JUDGE **TURNOFF** |
| | ) | |
| v. | ) | FILED by _____ D.C. MAG. SEC. |
| | ) | FEB 19 1998 |
| MARIA ELENA LLEDO | ) | CARLOS JUENKE CLERK U.S. DIST. CT. S.D. OF FLA MIAMI |
| | ) | ORDER TO SEAL |

THIS CAUSE CAME ON before the Court on the Motion of the United States for an order sealing the information and arrest warrant in the above-captioned case. Being fully advised in the premises, the Court finds that goods cause therefor has been shown. Accordingly, it is

ORDERED AND ADJUDGED that the motion to seal be, and the same is hereby GRANTED. The information, arrest warrant, motion to seal and this Order shall be filed under SEAL until further order of the Court.

DONE AND ORDERED at Miami, Florida this ___ day of February, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

2/92