AO 442 (Rev. 12/85) Warrant for Arrest     -BI-  9804-1014-0104-J

## United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

98-0101 CR - UNGARO - BENAGES

v.

**WARRANT FOR ARREST**

MARIA ELENA LLEDO

CASE NUMBER: MAGISTRATE JUDGE TURNOFF

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARIA ELENA LLEDO__
                                                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [X] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging her with (brief description of offense) conspiracy to transport funds out of the United States

in violation of Title __18__ United States Code, Section(s) __1956(g)__

LINNEA JOHNSON
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $ __59,000 PSB__

MAGISTRATE JUDGE JOHNSON
United States Magistrate Judge
Title of Issuing Officer

Miami, Florida  __2-19-98__
Date and Location

by LINNEA JOHNSON
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Miami, Florida |

| DATE RECEIVED 10/14/98 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/14/98 | JAMES A. TASSONE US MARSHAL, S/FL | BY: JOHN HACKMAN, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BOND RECOMMENDATION

DEFENDANT  **MARIA ELENA LLEDO**

$ **50,000.00**             (Surety, Recognizance, Corp. Surety, Cash) (Jail)
**Personal surety**         (On Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s): _____
(FBI)  (SECRET SERVICE)  (DEA)  (IRS) (CUSTOMS)  (OTHER)