

FILED by ____ D.C.
MAG. SEC.
OCT 20 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   98-101-CR-UNGARO-
BENAGES

UNITED STATES OF AMERICA,

vs.

MARIA ELENA LLEDO
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : ON BOND

Language: English

    The above-named Defendant appeared before **Magistrate Judge** TED E. BANDSTRA, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

    Defendant:    Address: 11065 N.W. 59TH TERRACE

                              MIAMI, FL 33178

                        Tel. No: (305) 463-7784

    Defense Counsel:    Name   : ALAN ROSS

                              2250 S.W. 3RD AVE., 4TH FL

                              MIAMI, FL 33129-2095

                        Tel. No.  (305) 858-9550

    Bond Set/Continued:    $ 25K PSB

Dated this 20TH day of OCTOBER, 1998.

                          CARLOS JUENKE, COURT ADMINISTRATOR
                          BY Maedon Clark
                             Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 98B-82-573
DIGITAL START NO. _____