UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY __JU__ D.C.

98 NOV 20 PM 3:38

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

UNITED STATES OF AMERICA, )
                                  ) CASE NO. 98-101-CR-
                                  ) UNGARO-BENAGES
v.                          )
                                  )
MARIA ELENA LLEDO,     ) FLA BAR NO. 220868
                                  )
       Defendant.       )
_____)

## CERTIFICATE OF INTERESTED PERSONS

COMES NOW Defendant, MARIA ELENA LLEDO, through her counsel and in compliance with this court's order directing parties to file a Certificate of Interested Persons and Corporate Disclosure Statement and files this Certificate and states to the court that the only interested persons in this action are the United States of America as Plaintiff and the Defendant, MARIA ELENA LLEDO. No other persons, firms, partnerships or corporations have an interest in the outcome of this case.

DATED at Miami-Dade County, Florida this 18th day of November, 1998.

Respectfully Submitted,

**ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN & WAXMAN, P.A.**
2250 S.W. Third Avenue
4th Floor - Lawyer's Plaza
Miami, FL 33129-2095
Tel: (305) 858-9550

BY: _____
     ALAN S. ROSS

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the above and foregoing was furnished this 18th day of November, 1998 to the Office of the United States Attorney, ATTN: Richard Getchell, H.I.D.T.A., Suite 101, 8245 N.W. 53rd Street, Miami, FL 33166.

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN & WAXMAN, P.A.

BY: _____
ALAN S. ROSS