# ATTACHMENTS NOT SCANNED

☒ LEGAL SIZE DOCUMENTS

☐ LARGE EXHIBITS

☐ DOUBLE SIDED DOCUMENTS

☐ EXTRADITION DOCUMENTS

☐ BOUNDED AND/OR TABBED PURSUANT TO LOCAL RULE 5.1.A.2.(b)

☒ OTHER  Transcript

PLEASE REFER TO COURT FILE