99 MAR -3 AM 7:58

USA
V.
Maria Lledo

98-101-CR-UUB

No further action required by
the U.S. Marshals Service.

JAMES A. TASSONE
~~DANIEL J. HORGAN~~
UNITED STATES MARSHAL

Robert Broad's SDUSM

24

AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For Offenses Committed On or After November 1, 1987) |
| MARIA ELENA LLEDO | Case Number: 1:98CR00101-001 |
| | ALAN ROSS,ESQ./RICHARD GETCHELL,AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  ONE

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 18 U.S.C. § 1956 (h) | CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS | 06/01/1993 | ONE |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **REMAINING** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
| --- | --- |
| Defendant's Soc. Sec. No.: 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 | 02/12/1999 |
| Defendant's Date of Birth: 01/05/1956 | Date of Imposition of Judgment |
| Defendant's USM No.: 51094-004 | |
| Defendant's Residence Address: | *Ursula Ungaro-Benages* |
| 11065 N.W. 59TH TERRACE | Signature of Judicial Officer |
| MIAMI   FL   33178 | URSULA UNGARO-BENAGES |
| | U.S. DISTRICT COURT JUDGE |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 11065 N.W. 59TH TERRACE | |
| MIAMI   FL   33178 | 7/12/99 Date |

Certified to be a true and correct copy of the original. Carlos Juenke, Clerk U.S. District Court Southern District of Florida By _____ Deputy Clerk Date 3/10/99